**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Kenneth L. Lapsley, | Civil No. 11-20 (RHK/JSM) |
| Petitioner, | **ORDER** |
| vs. | |
| United States of America, | |
| Respondent. | |

---

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: January 10, 2011

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
