## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Kenneth L. Lapsley,                                               Civil No. 11-20 (RHK/JSM)

                              Petitioner,                              **ORDER**

v.

United States of  America,

                              Respondent.

The above-entitled matter is before the Court upon the Report and

Recommendation of United States Magistrate Judge Janie S. Mayeron dated June 6,

2012, together with Petitioner's Objections thereto.  Based on the undersigned's de novo

review of the Report and Recommendation, the Objections thereto, the submissions of the

parties, and all of the files, records and proceedings herein, **IT IS ORDERED**:

1. The Objections (Doc. No. 23) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 19) is **ADOPTED**;

3. Petitioner's Motion to Vacate, Set Aside, or Correct Petitioner Sentence

   Pursuant to 28 U.S.C. §§ 2241, 2255 (e) under the saving clause (Doc. No. 1)

   is **DENIED**;

4. Petitioner's Motion for Discovery to Request Production of Documents (Doc.

   No. 14) is **DENIED**; and

2

   5.  Petitioner's Petition (Doc.  No. 1) is **DISMISSED WITH PREJUDICE.**

   **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  July 16, 2012

                  s/Richard H. Kyle
                  RICHARD H. KYLE
                  United States District Judge